UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SOTO, | Case No. 2:25-cv-1543-DC-JDP (PC) |
| Plaintiff, | |
| v. | ORDER DISMISSING THIS ACTION |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 12, 2025, the Court denied plaintiff's application for leave to proceed in forma pauperis because plaintiff is a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g). ECF No. 6. Plaintiff was granted twenty-one days in which to pay the $405 filing fee for this action and warned that failure to timely submit the fee would result in dismissal of this action. *Id.* Plaintiff has not paid the filing fee, and the allotted time has passed.

Accordingly, it is hereby ORDERED that:

1. This action is dismissed without prejudice for failure to pay the filing fee; and

/////

1

1          2.   The Clerk of the Court is directed to close the case.

2

3          IT IS SO ORDERED.

4    Dated:    **September 8, 2025**

     Dena Coggins
5    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28